PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES D. LAYTON, PLAINTIFF IN ERROR.

Submitted May 31, 1941—Decided September 19, 1941.

For the defendant in error, *Edward F. Juska,* special prosecutor of the pleas.

For the plaintiff in error, *Howard M. Lawn (Vincent J. McCue,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, THOMPSON, JJ. 12.

*For reversal*—None.